UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TIFFANY ANNE PARKES,

                Plaintiff,

-against-

BLUMENFELD DEVELOPMENT GROUP, LTD; FIRSTSERVICE RESIDENTIAL, INC.,

                Defendants.

24-CV-10084 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff, who is appearing *pro se*, brings this action alleging that Defendants violated her rights. The Court dismisses the complaint for the following reasons.

    On December 31, 2024, Plaintiff filed the complaint in this action without the $405.00 in fees required to file a civil action in this court or an application to proceed *in forma pauperis* ("IFP").[1] On January 3, 2025, Plaintiff filed an identical copy of the complaint, along with the $405.00 in fees. The Clerk of Court opened that complaint under docket number 25-CV-0074 (ER). The Clerk of Court issued summonses, and that case is currently pending before Honorable Edgardo Ramos of this court. As the complaint in this action raises the same claims, no useful purpose would be served by litigating this duplicate lawsuit. The Court therefore dismisses this action without prejudice to Plaintiff's pending case under docket number 25-CV-0074 (ER).

## CONCLUSION

    The Court dismisses this action as duplicative of docket number 25-CV-0074 (ER).

---

[1] By order dated January 10, 2025, the Court directed Plaintiff to either pay the fees or submit an IFP application. (ECF 4.) Plaintiff has not responded to that order.

2

      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

      The Clerk of Court is directed to enter judgment in this action.

SO ORDERED.

Dated:   February 13, 2025
           New York, New York

                                                 /s/ Laura Taylor Swain
                                                 LAURA TAYLOR SWAIN
                                               Chief United States District Judge