UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIFFANY ANNE PARKES,<br><br>                              Plaintiff,<br><br>-against-<br><br>BLUMENFELD DEVELOPMENT GROUP, LTD; FIRSTSERVICE RESIDENTIAL, INC.,<br><br>                              Defendants. | 24-cv-10084 (LTS)<br><br>CIVIL JUDGMENT |

      For the reasons stated in the February 13, 2025, order, this action is dismissed as duplicative of docket number 25-cv-0074(ER).

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  February 18, 2025
            New York, New York

                                                    /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                         Chief United States District Judge